UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY LAFOUNTAIN,
on behalf of himself and all others
similarly situated,

Plaintiff,

v.

UNITED WHOLESALE
MORTGAGE, LLC,

Defendant.

Case No. 2:26-cv-12237-LVP-KGA

Hon. Linda V. Parker

---

**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION TO BE CONDUCTED IN RELATED LITIGATION**

WHEREAS, Plaintiff Ricky Lafountain, on behalf of himself and all others similarly situated, and Defendant United Wholesale Mortgage, LLC, by and through their respective undersigned counsel of record, agree to stay this matter pending a mediation to be conducted in related litigation, and, in support of this Stipulation, state as follows:

1. In 2025, Defendant United Wholesale Mortgage, LLC's third-party vendor Mercadien, P.C., CPAs ("Mercadien") experienced a cyber incident that gave rise to multiple related lawsuits against Defendant and other parties;

2. Multiple lawsuits arising from the Mercadien cyber incident have been consolidated in the United States District Court for the District of New Jersey under the caption *In re Mercadien, P.C., CPAs*, Case No. 3:26-cv-01773-MAS-TJB (the "DNJ Consolidated Action");

3. The parties to the DNJ Consolidated Action have scheduled a mediation for December 4, 2026, and the outcome of that mediation is likely to impact the resolution of this action; and

4. In the interest of judicial economy and avoiding unnecessary fees and costs, the parties to this action wish to stay the proceedings in this lawsuit pending the outcome of the mediation in the DNJ Consolidated Action.

Approved as to form and content:

FINK BRESSACK

By: *_/s/ Nathan J. Fink (with consent)_*
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Ave, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

STRAUSS BORRELLI PLLC
Samuel J. Strauss
Raina C. Borrelli
980 N. Michigan Avenue, Suite 1610

FOLEY & LARDNER LLP

By: *_/s/ Leah R. Imbrogno_*
John F. Birmingham (P47150)
Leah R. Imbrogno (P79384)
500 Woodward Ave Ste 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
jbirmingham@foley.com
limbrogno@foley.com
*Attorneys for Defendant*

Chicago, Illinois 60611
Telephone: (872) 263-1100
*Attorneys for Plaintiff and the Proposed Class*

Dated: September 23, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY LAFOUNTAIN,
on behalf of himself and all others
similarly situated,

Plaintiff,

v.

UNITED WHOLESALE
MORTGAGE, LLC,

Defendant.

Case No. 2:26-cv-12237-LVP-KGA

Hon. Linda V. Parker

---

**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION TO BE CONDUCTED IN RELATED LITIGATION**

The parties having stipulated to the relief requested, and the Court being informed in the premises, it is hereby ORDERED that:

1. This matter is stayed and all pleadings and other deadlines are suspended for the duration of the stay.

2. In the event that this matter is not resolved after the mediation in the DNJ Consolidated Action, the stay may be lifted upon motion of either party.

3. Unless otherwise agreed between the parties, Defendant United Wholesale Mortgage LLC's deadline to answer, or otherwise

respond to the Complaint, will be 21 days after entry of an order lifting the stay.

4. Nothing in this Order is intended, or shall be construed, to prejudice or waive any claim, defense, or argument of either party.

IT IS SO ORDERED.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 25, 2026